IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-00482-CMA-CBS

BOULDER ADVANCED INVESTMENTS, LLC,

    Plaintiff,

v.

CONIFER INSURANCE COMPANY,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. #31). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: November 1, 2017

                                            BY THE COURT:

                                            *[signature]*
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge